# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2256
Lower Tribunal No. 20-498
_____

**I.P., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Maria E. Lauredo, Chief Assistant Public Defender, and James A. Odell, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

I.P., a juvenile, appeals an adjudication of delinquency after a hearing partially conducted remotely, using the Zoom platform. I.P. and his counsel, as well as the prosecution and the judge, appeared in the courtroom, in person. Some witnesses testified remotely. Initially, I.P. objected to the remote proceeding and the trial court held a hearing on the objection, overruled the objection, but did not make case specific findings supporting the need to conduct the proceeding remotely. We reverse and remand for a new adjudicatory hearing on the authority of M.D. v. State, 345 So. 3d 359 (Fla. 3d DCA 2022); J.T.B. v. State, 345 So. 3d 927 (Fla. 3d DCA 2022); and T.H. v. State, 349 So. 3d 951 (Fla. 2d DCA 2022).

Reversed and remanded for further proceedings.